IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cr-40006-SMY |
| | ) |
| DIANA M. TRACY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Diana M. Tracy pled guilty to conspiracy to distribute controlled substances (Count 1) and was sentenced to a 5-year term of probation with the first 12 months to be served on home detention on August 24, 2023 (Docs. 94, 96). Now pending before the Court is Tracy's *pro se* Motion for Early Termination of Probation (Doc. 99), to which the United States and Probation object (Doc. 102).

After considering the relevant factors listed in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Defendant asserts she is entitled to early termination because of her rehabilitation, her record of clear conduct while on probation, and her steady employment. The Government and Probation oppose Defendant's request for early termination based on concerns with her mental health status.

While the Court acknowledges Defendant's record of compliance with the terms and conditions of supervised release and her efforts at reintegration, in light of the nature and

circumstances of the underlying offense, the need for specific deterrence and to protect the public, termination at this juncture cannot be substantiated.

Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 99) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  February 12, 2025**

**STACI M. YANDLE**
**United States District Judge**